**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| STACY V. JACKSON | : | |
| | : | |
| DEBTOR | : | NO. 19-11689 (AMC) |

**OBJECTION BY DEBTOR TO CERTIFICATION OF DEFAULT**
**BY FAY SERVICING LLC**

Debtor, by and through counsel, objects to the Certification of Default filed by Fay Servicing LLC for failure to comply with the terms of the stipulation.

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net