**Fill in this information to identify the case:**

Debtor 1: Stacy V. Jackson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 19-11689-amc

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 2980

**Property address:** 417 E. Slocum Street
Number    Street

Philadelphia    PA    19119
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 5,033.53

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 40.00 *

c. **Total**. Add lines a and b.   (c) $ 4,115.66 **

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12 / 01 / 2023
MM / DD / YYYY

\* PPFN filed 12/09/2022 IAO $40.00

\*\* Minus Suspense Balance of $957.87

---

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**

| Debtor 1 | Stacy V. Jackson | Case number (*if known*) 19-11689-amc |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Lauren Moyer
Signature

Date 05/03/2024

Print: Lauren Moyer
First Name  Middle Name  Last Name

Title: Creditor's Attorney

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number  Street

Garden City  NY  11530
City  State  ZIP Code

Contact phone (212) 471-5100

Email: bankruptcy@friedmanvartolo.com

Case 19-11689-amc    Doc    Filed 05/03/24    Entered 05/03/24 13:43:52    Desc Main
Document    Page 3 of 6
BK Filed date: 3/19/19
Debtor name: Jackson
Fay Servicing, LLC
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| 4/1/2019 | $ 994.30 | 3/30/2019 | $ 1,170.00 | 4/1/2019 | $ 175.70 | $ 175.70 |
| 5/1/2019 | $ 994.30 | 4/30/2019 | $ 820.00 | 5/1/2019 | $ (174.30) | $ 1.40 |
| 6/1/2019 | $ 994.30 | 5/30/2019 | $ 994.30 | 6/1/2019 | $ - | $ 1.40 |
| 7/1/2019 | $ 994.30 | 6/29/2019 | $ 994.30 | 7/1/2019 | $ - | $ 1.40 |
| 8/1/2019 | $ 994.30 | 7/31/2019 | $ 994.30 | 8/1/2019 | $ - | $ 1.40 |
| | | 9/5/2019 | $ 944.30 | | $ 944.30 | $ 945.70 |
| 9/1/2019 | $ 994.30 | 9/30/2019 | $ 944.30 | 9/1/2019 | $ (50.00) | $ 895.70 |
| 10/1/2019 | $ 994.30 | 10/30/2019 | $ 994.30 | 10/1/2019 | $ - | $ 895.70 |
| 11/1/2019 | $ 994.30 | 11/29/2019 | $ 944.30 | 11/1/2019 | $ (50.00) | $ 845.70 |
| 12/1/2019 | $ 994.30 | 1/8/2020 | $ 944.30 | 12/1/2019 | $ (50.00) | $ 795.70 |
| 1/1/2020 | $ 994.30 | 2/13/2020 | $ 994.00 | 1/1/2020 | $ (0.30) | $ 795.40 |
| 2/1/2020 | $ 994.30 | 3/2/2020 | $ 994.30 | 2/1/2020 | $ - | $ 795.40 |
| 3/1/2020 | $ 993.30 | 4/13/2020 | $ 993.30 | 3/1/2020 | $ - | $ 795.40 |
| 4/1/2020 | $ 993.30 | 5/20/2020 | $ 994.30 | 4/1/2020 | $ 1.00 | $ 796.40 |
| 5/1/2020 | $ 993.30 | 6/3/2020 | $ 994.30 | 5/1/2020 | $ 1.00 | $ 797.40 |
| 6/1/2020 | $ 993.30 | 7/9/2020 | $ 994.30 | 6/1/2020 | $ 1.00 | $ 798.40 |
| 7/1/2020 | $ 993.30 | 8/10/2020 | $ 993.30 | 7/1/2020 | $ - | $ 798.40 |
| 8/1/2020 | $ 993.30 | 9/2/2020 | $ 993.30 | 8/1/2020 | $ - | $ 798.40 |
| 9/1/2020 | $ 993.30 | 10/14/2020 | $ 993.00 | 9/1/2020 | $ (0.30) | $ 798.10 |
| 10/1/2020 | $ 993.30 | 11/13/2020 | $ 994.30 | 10/1/2020 | $ 1.00 | $ 799.10 |
| 11/1/2020 | $ 993.30 | 1/21/2021 | $ 994.30 | 11/1/2020 | $ 1.00 | $ 800.10 |
| 12/1/2020 | $ 993.30 | 1/26/2021 | $ 994.30 | 12/1/2020 | $ 1.00 | $ 801.10 |
| 1/1/2021 | $ 993.30 | 3/29/2021 | $ 983.38 | 1/1/2021 | $ (9.92) | $ 791.18 |
| 2/1/2021 | $ 983.38 | 4/14/2021 | $ 983.38 | 2/1/2021 | $ - | $ 791.18 |
| 3/1/2021 | $ 983.38 | 5/12/2021 | $ 983.38 | 3/1/2021 | $ - | $ 791.18 |
| 4/1/2021 | $ 983.38 | 6/28/2021 | $ 983.38 | 4/1/2021 | $ - | $ 791.18 |
| 5/1/2021 | $ 983.38 | 7/14/2021 | $ 983.38 | 5/1/2021 | $ - | $ 791.18 |
| 6/1/2021 | $ 983.38 | 7/27/2021 | $ 983.38 | 6/1/2021 | $ - | $ 791.18 |
| 7/1/2021 | $ 983.38 | 8/26/2021 | $ 983.38 | 7/1/2021 | $ - | $ 791.18 |
| 8/1/2021 | $ 983.38 | 10/11/2021 | $ 983.38 | 8/1/2021 | $ - | $ 791.18 |
| 9/1/2021 | $ 983.38 | 1/6/2022 | $ 1,967.39 | 9/1/2021 | $ 984.01 | $ 1,775.19 |
| 10/1/2021 | $ 983.38 | | | 10/1/2021 | $ (983.38) | $ 791.81 |
| 11/1/2021 | $ 983.38 | 2/24/2022 | $ 985.00 | 11/1/2021 | $ 1.62 | $ 793.43 |
| 12/1/2021 | $ 983.38 | 4/12/2022 | $ 985.00 | 12/1/2021 | $ 1.62 | $ 795.05 |
| 1/1/2022 | $ 983.38 | 4/28/2022 | $ 985.00 | 1/1/2022 | $ 1.62 | $ 796.67 |
| 2/1/2022 | $ 984.01 | 7/7/2022 | $ 985.00 | 2/1/2022 | $ 0.99 | $ 797.66 |
| | | | | | | $ 797.66 |
| 3/1/2022 | $ 984.01 | | | | $ (984.01) | $ (186.35) |
| 4/1/2022 | $ 984.01 | | | | $ (984.01) | $ (1,170.36) |
| 5/1/2022 | $ 984.01 | | | | $ (984.01) | $ (2,154.37) |
| 6/1/2022 | $ 984.01 | | | | $ (984.01) | $ (3,138.38) |
| 7/1/2022 | $ 984.01 | | | | $ (984.01) | $ (4,122.39) |
| 8/1/2022 | $ 984.01 | | | | $ (984.01) | $ (5,106.40) |
| Attorney's Fees/Costs | $ 1,238.00 | | | | $ (1,238.00) | $ (6,344.40) |

Case 19-11689-amc    Doc    Filed 05/03/24    Entered 05/03/24 13:43:52    Desc Main
Document    Page 4 of 6

BK Filed date: 3/19/19
Debtor name: Jackson
Fay Servicing, LLC
Post Petition Payment Ledger

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| >> A/O 8-20-22 COVERS 03/01/2022 to 08/01/2022 PMTS iao $984.01 Less susp $947.96 including Fess 1238.00 REPMT TERMS 5K LUMP SUM by 8-31-22 and 6 pmts of 199.02 from 9-15-22 to | | | | | | | $ | (947.96) | |
| lump sum pymt | $ | 5,000.00 | 8/30/2022 | $ | 5,000.00 | | $ | - | $ | - |
| 9/1/2022 | $ | 984.01 | 8/30/2022 | $ | 984.01 | 9/1/2022 | $ | - | $ | - |
| 9/15/2022 | $ | 199.02 | 10/11/2022 | $ | 199.02 | 9/15/2022 | $ | - | $ | - |
| 10/1/2022 | $ | 984.01 | 10/11/2022 | $ | 984.01 | 10/1/2022 | $ | - | $ | - |
| 10/15/2022 | $ | 199.02 | 11/17/2022 | $ | 199.02 | 10/15/2022 | $ | - | $ | - |
| 11/1/2022 | $ | 984.01 | 11/17/2022 | $ | 984.01 | 11/1/2022 | $ | - | $ | - |
| 11/15/2022 | $ | 199.02 | 12/15/2022 | $ | 199.02 | 11/15/2022 | $ | - | $ | - |
| 12/1/2022 | $ | 984.01 | 12/15/2022 | $ | 984.01 | 12/1/2022 | $ | - | $ | - |
| 12/15/2022 | $ | 199.02 | 1/27/2023 | $ | 199.02 | 12/15/2022 | $ | - | $ | - |
| 1/1/2023 | $ | 984.01 | 1/27/2023 | $ | 994.01 | 1/1/2023 | $ | 10.00 | $ | 10.00 |
| 1/15/2023 | $ | 199.02 | 3/13/2023 | $ | 199.02 | 1/15/2023 | $ | - | $ | 10.00 |
| 2/1/2023 | $ | 988.01 | 3/13/2023 | $ | 984.01 | 2/1/2023 | $ | (4.00) | $ | 6.00 |
| 2/15/2023 | $ | 199.02 | 4/11/2023 | $ | 199.02 | 2/15/2023 | $ | - | $ | 6.00 |
| | | | 4/11/2023 | $ | 788.99 | | $ | 788.99 | $ | 794.99 |
| | $ | 988.01 | 5/15/2023 | $ | 988.01 | 3/1/2023 | $ | - | $ | 794.99 |
| | $ | 988.01 | 6/12/2023 | $ | 988.01 | 4/1/2023 | $ | - | $ | 794.99 |
| | $ | 988.01 | 7/14/2023 | $ | 988.01 | 5/1/2023 | $ | - | $ | 794.99 |
| | $ | 988.01 | 8/15/2023 | $ | 988.01 | 6/1/2023 | $ | - | $ | 794.99 |
| | $ | 988.01 | 11/15/2023 | $ | 1,062.93 | 7/1/2023 | $ | 74.92 | $ | 869.91 |
| | $ | 988.01 | 12/7/2023 | $ | 1,000.00 | 8/1/2023 | $ | 11.99 | $ | 881.90 |
| | $ | 988.01 | 1/8/2024 | $ | 1,000.00 | 9/1/2023 | $ | 11.99 | $ | 893.89 |
| | $ | 988.01 | 2/15/2024 | $ | 1,020.00 | 10/1/2023 | $ | 31.99 | $ | 925.88 |
| | $ | 988.01 | 3/25/2024 | $ | 1,020.00 | 11/1/2023 | $ | 31.99 | $ | 957.87 |
| 12/1/2023 | $ | 988.01 | | | | | $ | (988.01) | $ | (30.14) |
| 1/1/2024 | $ | 988.01 | | | | | $ | (988.01) | $ | (1,018.15) |
| 2/1/2024 | $ | 1,019.17 | | | | | $ | (1,019.17) | $ | (2,037.32) |
| 3/1/2024 | $ | 1,019.17 | | | | | $ | (1,019.17) | $ | (3,056.49) |
| 4/1/2024 | $ | 1,019.17 | | | | | $ | (1,019.17) | $ | (4,075.66) |
| PPFN 12/9/22 | $ | 40.00 | | | | | $ | (40.00) | $ | (4,115.66) |

Case 19-11689-amc    Doc    Filed 05/03/24    Entered 05/03/24 13:43:52    Desc Main
Document    Page 5 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Stacy V. Jackson<br>                  Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Stacy V. Jackson<br>Kenneth E. West - Bankruptcy Trustee<br>                  Respondents | CASE NO.: 19-11689-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 3, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  May 3, 2024          By: /s/ Lauren Moyer
                                   Lauren Moyer, Esq.
                                   **FRIEDMAN VARTOLO LLP**
                                   Attorneys for Movant
                                   1325 Franklin Avenue, Suite 160
                                   Garden City, NY 11530
                                   T: (212) 471-5100
                                   F: (212) 471-5150
                                   Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Stacy V. Jackson
417 East Slocum Street
Philadelphia, PA 19119
*Bankruptcy Debtor*

**Service by NEF**

David B. Spitofsky
516 Swede Street
Norristown, PA 19401
*Debtor's Attorney*

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
*Bankruptcy Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107
*United States Trustee*